1044

[No. 73921-2-I.   Division One.   January 23, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-05890-6, Monica J. Benton, J., entered August 21, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Dwyer, JJ.

[No. 73946-8-I.   Division One.   January 23, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY NOVOA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 15-1-00050-0, Brian L. Stiles, J., entered August 13, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Spearman, JJ.

[No. 73955-7-I.   Division One.   January 23, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BRANT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 15-1-05013-1, Donald E. Eaton, J., entered August 12, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Dwyer, JJ.

[No. 74327-9-I.   Division One.   January 23, 2017.]

THE CITY OF MUKILTEO ET AL., *Appellants*, v. SNOHOMISH COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-06802-4, Samuel Chung, J., entered October 15, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Schindler, J.